AP-77,046
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/9/2015 12:42:57 PM
Accepted 4/9/2015 12:49:54 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN

HENRY W. SKINNER                    §
                                    §        No. AP-77,046
VS.                                 §
                                    §
THE STATE OF TEXAS                  §

*granted*
*PC*
*4-13-15*

## APPELLANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

This Court has advised the parties that "there is a question ... whether this appeal arises from a properly filed Texas Code of Criminal Procedure Chapter 64 motion requesting DNA testing ...," suggesting they "be prepared to address this issue at oral argument." Order, *Skinner v. State*, No. AP-77,046 (Tex. Crim. App. March 18, 2015) (citation omitted).

In response, Mr. Skinner seeks leave to file the accompanying supplemental memorandum of law. An opportunity to review written arguments, as well as to hear from the parties during oral argument, will better ensure that the Court accurately resolves the jurisdictional question it asked the parties to address.

WHEREFORE, Appellant HENRY W. SKINNER requests that the Court grant him leave to file the accompanying Supplemental Memorandum of Law.

Respectfully submitted,

s/ Robert C. Owen

ROBERT C. OWEN
Texas Bar No. 15371950
Bluhm Legal Clinic
Northwestern University
        School of Law
375 East Chicago Ave.
Chicago, IL  60611-3069
(312) 503-0135 voice
(312) 503-8977 facsimile
robert.owen@law.northwestern.edu

DOUGLAS G. ROBINSON
1440 New York Avenue, N.W.
Washington, DC  20005-2111
(202) 371-7800 voice
(202) 393-5760 facsimile

Counsel for Appellant
Henry W. Skinner

2

## CERTIFICATE OF SERVICE

This certifies that on April 9, 2015, a true and correct electronic copy of the foregoing document was served via the Court's electronic filing system upon counsel for the State of Texas:

Katherine D. Hayes (katherine.hayes@texasattorneygeneral.gov),
Edward L. Marshall (edward.marshall@texasattorneygeneral.gov),
Franklin McDonough (Franklin.McDonough@graycch.com).


s/ Robert C. Owen


Robert C. Owen
Texas Bar No. 15371950
Counsel for Appellant